Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 North Central Ave.
Glendale, California 91203
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
pmohan@harrisandrubble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
131 Sholle Dr.
Hudson, Ohio 44236
Telephone: (330) 748-4475
Facsimile: (303) 748-4475

*Attorneys for Plaintiff*
*Counsel for Defendant on Next Page*

FILED
CLERK, U.S. DISTRICT COURT
OCT 26 2021
CENTRAL DISTRICT OF CALIFORNIA
BY

Link #48

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA SOLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC., and DOES 1–100, inclusive,<br><br>Defendants. | Case No. 2:19-cv–10181–PSG–AFM<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO WITHDRAW EVA SOLIS AS CLASS REPRESENTATIVE AND SUBSTITUTE NEW CLASS REPRESENTATIVE AND TO CONTINUE DATES**<br><br>Judge: Hon. Philip S. Gutierrez<br><br>Complaint served: Jan. 29, 2020<br>FAC filed: March 19, 2020 |

MICHAEL G. MCGUINNESS (S.B. #133298)
mmcguinness@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

KELLY WOOD (S.B. #267518)
kwood@omm.com
ALLAN W. GUSTIN (S.B. #305784)
agustin@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
Telephone: (949) 760-9600
Facsimile: (949) 823-6994

Attorneys for Defendant
AMERICAN AIRLINES, INC.

2

[PROPOSED] ORDER GRANTING JOINT
STIPULATION TO WITHDRAW EVA
SOLIS AS CLASS REPRESENTATIVE AND
SUBSTITUTE NEW CLASS
REPRESENTATIVE AND CONTINUE
DATES
2:19-CV-10181-PSG-AFM

IT IS HEREBY ORDERED, upon review of the Stipulation to Withdraw Eva Solis as Class Representative and Substitute New Class Representative and Continue Dates ("Stipulation", filed in this matter, and for good cause shown, the Stipulation is GRANTED. Accordingly:

1. The operative First Amended Complaint shall be deemed amended to withdraw Plaintiff Eva Solis and to substitute Jasmin Pradia in her place.

2. The following dates and deadlines shall apply in this matter:

| Event / Filing Deadline | Current Date | Requested Date |
|---|---|---|
| Class Certification Motion | November 1, 2021 | January 14, 2022 |
| Class Certification Opposition | November 29, 2021 | February 11, 2022 |
| Class Certification Reply | December 13, 2021 | February 25, 2022 |
| Discovery Cut-Off | January 14, 2022 | March 18, 2022 |
| Dispositive Motion Filing Cut-Off | February 11, 2022 | April 15, 2022 |
| ADR Completion Deadline | February 22, 2022 | May 27, 2022 |
| Opening Expert Witness Disclosure | February 25, 2022 | April 29, 2022 |
| Rebuttal Expert Witness Disclosure | March 11, 2022 | May 13, 2022 |
| Expert Discovery Cut-Off | April 1, 2022 | June 3, 2022 |
| Final Pretrial Conference (2:30 p.m.) | April 22, 2022 | June 24, 2022 |
| Jury Trial (9:00 a.m.) | May 12, 2022 | July 14, 2022 |

3

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO WITHDRAW EVA SOLIS AS CLASS REPRESENTATIVE AND SUBSTITUTE NEW CLASS REPRESENTATIVE AND CONTINUE DATES
2:19-CV-10181-PSG-AFM

| **Estimated Length** | 7 days | 7 days |

IT IS SO ORDERED.

Dated: 10/26/21

_____
The Honorable Phillip S. Gutierrez
United States District Judge

4

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO WITHDRAW EVA SOLIS AS CLASS REPRESENTATIVE AND SUBSTITUTE NEW CLASS REPRESENTATIVE AND CONTINUE DATES
2:19-CV-10181-PSG-AFM