Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 North Central Ave.
Glendale, California 91203
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
131 Sholle Dr.
Hudson, Ohio 44236
Telephone: (330) 748-4475
Facsimile: (303) 748-4475

*Attorneys for Plaintiff*
*Counsel for Defendant on Next Page*

**JS-6**

IT IS SO ORDERED

Dated  July 25, 2023

_____
United States District Judge

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA SOLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC., and DOES 1–100, inclusive,<br><br>Defendants. | Case No. 2:19–cv–10181–PSG–AFM<br>*Assigned to Hon. Philip S. Gutierrez*<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>**[FRCP 41(A)(1)(A)(II)]**<br><br>Complaint served: Jan. 29, 2020<br>FAC filed: March 19, 2020 |

JOINT STIPULATION FOR DISMISSAL [FRCP 41(a)(1)(A)(ii)]

1 | ADAM P. KOHSWEENEY (S.B. #229983)
akohsweeney@omm.com
2 | O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
3 | San Francisco, California 94111-3823
Telephone: (415) 984-8912
4 | Facsimile: (415) 984-8701

5 | KELLY WOOD (S.B. #267518)
kwood@omm.com
6 | ALLAN W. GUSTIN (S.B. #305784)
agustin@omm.com
7 | O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
8 | Newport Beach, California 92660-6429
Telephone: (949) 760-9600
9 | Facsimile: (949) 823-6994

10 | Attorneys for Defendant
AMERICAN AIRLINES, INC.

JOINT STIPULATION FOR DISMISSAL [FRCP 41(a)(1)(A)(ii)]
2

# JOINT STIPULATION FOR DISMISSAL

Plaintiff Jasmin Pradia ("Pradia") and Defendant American Airlines, Inc. ("American") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be DISMISSED, with Plaintiff's individual claims DISMISSED WITH PREJUDICE. The class allegations on behalf of all employees other than Plaintiff are dismissed without prejudice by operation of law.

IT IS SO STIPULATED.

Dated: July 24, 2023

HARRIS & RUBLE
ALAN HARRIS
PRIYA MOHAN

By: /s/ Alan Harris
Alan Harris

Attorneys for Plaintiff individually and on behalf of all others similarly situated.

Dated: July 24, 2023

O'MELVENY & MYERS LLP
KELLY WOOD
ADAM P. KOHSWEENEY
ALLAN W. GUSTIN

By: /s/ Kelly Wood
Kelly Wood

Attorneys for Defendant
AMERICAN AIRLINES, INC.

JOINT STIPULATION FOR DISMISSAL [FRCP 41(a)(1)(A)(ii)]
3

| | |
|---|---|
| 1 | **<u>Attestation</u>** |
| 2 | Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, |
| 3 | and on whose behalf the filing is submitted, concurs in the filing's content and have |
| 4 | authorized the filing. |
| 5 | Dated: July 24, 2023 |
| 6 | |
| 7 | *Alan Harris* |
| 8 | _____ Alan Harris |

JOINT STIPULATION FOR DISMISSAL [FRCP 41(a)(1)(A)(ii)]
4